UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA CAMPBELL**                                                                              **PLAINTIFF**

**v.**                                          **CASE NO. 4:06-CV-00630 GTE**

**JOHN E. POTTER, Postmaster General,**
**United States Postal Service**                                                              **DEFENDANT**

## JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant, and against Plaintiff.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 2nd day of January, 2008.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE